No. 98–635. McPhail, Administratrix of the Estate of McPhail, Deceased v. Mitsubishi Motor Manufacturing of America, Inc., et al. C. A. 11th Cir. Certiorari denied.

No. 98–644. Barker et al. v. Golf U. S. A., Inc. C. A. 8th Cir. Certiorari denied.

No. 98–647. Nebraska v. Pattno. Sup. Ct. Neb. Certiorari denied.

No. 98–650. Nitram, Inc., et al. v. M. A. N. Gutehoffnung-shutte GmbH. C. A. 11th Cir. Certiorari denied.

No. 98–654. Southeastern Pennsylvania Transportation Authority et al. v. Christ's Bride Ministries, Inc. C. A. 3d Cir. Certiorari denied.

No. 98–656. Lopez v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–666. Kolodziej v. Reines. C. A. 7th Cir. Certiorari denied.

No. 98–669. Leviton Manufacturing Co., Inc. v. Rhode Island Insurers' Insolvency Fund. Sup. Ct. R. I. Certiorari denied.

No. 98–672. American Blind & Wallpaper Factory, Inc. v. Alvord Polk, Inc., et al. C. A. 3d Cir. Certiorari denied.

No. 98–673. Douglas v. DynMcDermott Petroleum Operations Co. et al. C. A. 5th Cir. Certiorari denied.

No. 98–675. Harline v. Department of Justice et al. C. A. 10th Cir. Certiorari denied.

No. 98–679. Metro Ford Truck Sales, Inc. v. Ford Motor Co. C. A. 5th Cir. Certiorari denied.

No. 98–680. Scott v. Prudential Securities, Inc. C. A. 11th Cir. Certiorari denied.